```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/3/20
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
   SIERRA ,                                                :
                                               **Plaintiff,**  :
                                                        :    **20-cv-399**
          **-against-**                                       :
                                                         :    <u>**ORDER**</u>
   **RENUE SYSTEMS OF NY-NJ, LLC et al,**        :
                                                 **Defendant.**  :
-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

    The parties should submit a joint status report by June 10, 2020.

**SO ORDERED.**

**Dated:**  June 3, 2020
       New York, New York                                 **ANDREW L. CARTER, JR.**
                                                                               **United States District Judge**