FRANCIS J. GIAMBALVO
FGIAMBALVO@GRSM.COM





ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

May 14, 2021

**VIA ECF**

Honorable Katherine Polk Failla, U.S.D.J.
United States District Court for the Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

    Re:   *Sierra v. Renue Systems of NY-NJ, LLC, et al*
           Civil Action No. 1:20-cv-00399 (KPF) (DF)

Dear Judge Failla:

    The undersigned is counsel for Defendants, Renue Systems of NY-NJ, LLC and Justin Chodos ("Defendants") in the above-referenced matter. The parties jointly request a one week extension of time to submit their motion for court approval of the settlement, from May 14, 2021 to May 21, 2021. This is the parties' fourth request for an extension of time to submit the motion for court approval of the settlement.

    The parties are on the verge of finalizing the settlement agreement for Plaintiff's and Defendant's signature, as well as the other settlement documents and motion for court approval of the settlement. The parties, therefore, need a brief extension of the time to file the motion and settlement documents. We appreciate the court's continued patience and understanding with respect to the delay in the parties' submission of the motion for court approval of the settlement.

    We thank the Court for its consideration of this correspondence and the foregoing request.

                                                           Respectfully submitted,
                                                           GORDON REES SCULLY
                                                           MANSUKHANI LLP
                                                           *Francis J. Giambalvo*
                                                           Francis J. Giambalvo

cc:   All Counsel of Record (via ECF)

**MEMO ENDORSED**

Application GRANTED.

Dated:   May 14, 2021
              New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

1202818/58365206v.1