UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTIN SIERRA and TYRONE BATTS,

          Plaintiffs,

-v.-

RENUE SYSTEMS OF NY-NJ, LLC and JUSTIN CHODOS,

          Defendants.

20 Civ. 399 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    The Court is in receipt of the parties' joint motion for settlement approval and dismissal of this case (Dkt. #39), and wishes to discuss certain aspects of the proposed settlement with the parties. Accordingly, the parties are hereby ORDERED to appear for a telephonic conference on June 8, 2021, at 10:00 a.m. The dial-in information is as follows: At 10:00 a.m. the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 10:00 a.m.

    SO ORDERED.

Dated:    May 25, 2021
              New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge