UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTIN SIERRA and TYRONE BATTS,<br><br>                    Plaintiffs,<br><br>          -v.-<br><br>RENUE SYSTEMS OF NY-NJ, LLC and<br>JUSTIN CHODOS,<br><br>                    Defendants. | 20 Civ. 399 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of the parties' amended joint motion for preliminary settlement approval. (Dkt. #55-59). As currently drafted, the parties' proposed order granting preliminary settlement approval contemplates the Court's approval of attorneys' fees as well as service award payments to the Named Plaintiffs. (*See* Dkt. #59-7). The Court does not anticipate deciding attorneys' fees and service award payments until the final approval hearing. Accordingly, the parties are directed to submit both a revised proposed order and a revised proposed settlement notice reflecting those changes on or before October 14, 2021. Should the parties disagree with the Court's approach to these issues, they may instead submit a letter setting forth their position on or before that same date.

          SO ORDERED.

Dated:     October 7, 2021
           New York, New York

                                                  _____
                                                  KATHERINE POLK FAILLA
                                                  United States District Judge